**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SMWIA LOCAL 88 JOINT APPRENTICESHIP AND TRAINING COMMITTEE, A TRUST, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>JEREMY MUCKLOW,<br><br>Respondent. | 2:14-cv-01581-APG-VCF<br><br>**ORDER** |

Before the court is Petitioners' Petition to Confirm Arbitration Award, pursuant to 9 U.S.C.A. § 9.

Petitioners SMWIA Local 88 Joint Apprenticeship and Training Committee, A Trust, The International Training Institute for the Sheet Metal and Air Conditioning Industry, A Trust, Joseph J. Nigro and James Boone (hereafter "Petitioners") were ordered by November 3, 2014 to show cause why this action should not be dismissed for lack of personal jurisdiction over respondent Jeremy Mucklow. (#3).

On November 7, 2014, Petitioners filed a response to the order to show cause, seeking an additional six weeks to serve Jeremy Mucklow. *Id.*  The response was filed late because Patricia Waldeck, Esq., counsel for Petitioners, received the court's order to show cause on November 6, 2014 via U.S. Mail.

Accordingly,

IT IS HEREBY ORDERED that Petitioners will have an additional six weeks from the date of this order to serve Jeremy Mucklow.

1   IT IS FURTHER ORDERED that Ms. Waldeck must comply with Special Order 109.

2   IT IS FURTHER ORDERED that Petitioners must file a status report on December 22, 2014.

3   IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 a.m., December 29, 2014, in courtroom 3D.

Dated this 10th day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE