UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD R. SANTOS, | ) | |
| Plaintiff, | ) ) | Case No. 2:11-cv-01251-KJD-NJK |
| vs. | ) ) | **ORDER** |
| ISIDRO BACA, et al., | ) ) | |
| Defendants. | ) ) | |

On December 31, 2014, the Court received a notice from Plaintiff regarding discovery matters. Docket No. 95.  Plaintiff, an inmate in solitary confinement, represents that, in an attempt to set up a meet and confer, he has sent seven letters to Defendants' counsel regarding discovery issues. *Id.*, at 2. Plaintiff further represents that he has not received a response from Defendants' counsel. *Id.* Accordingly, Defendants' counsel is hereby **ORDERED** to set up a telephone call with Plaintiff no later than January 12, 2015.  If the parties cannot resolve any outstanding discovery disputes at that time, Plaintiff may file a proper motion, with a specific request for relief.

IT IS SO ORDERED.

DATED: January 2, 2015

_____
Nancy J. Koppe
United States Magistrate Judge