PATRICIA S. WALDECK (NV Bar No. 2640)
**LAW OFFICES OF PATRICIA S. WALDECK**
777 N. Rainbow Blvd., Suite 270-S
Las Vegas, NV  89107
Tel: 702-658-6100
Fax: 702-658-2502
*Attorney for Petitioners*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Arbitration Between | Case No. 2:14-CV-01581-APG-VCF |
| SMWIA LOCAL 88 JOINT APPRENTICESHIP AND TRAINING COMMITTEE, A TRUST; THE INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, A TRUST; and JOSEPH J. NIGRO AND JAMES BOONE, TWO OF THE PRESENT TRUSTEES OF THE INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, | **DEFAULT JUDGMENT**  (Dkt. ##1, 14) |
| Petitioners, | |
| v. | |
| JEREMY MUCKLOW, | |
| Respondent. | |

Petitioners have moved for entry of default judgment against Respondent Jeremy Mucklow.  I have considered the matter fully and concluded that good cause exists to grant the motion in its entirety.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Arbitration Award of Sara Adler shall be confirmed and judgment entered against Respondent Mucklow and in favor of the Petitioners as follows:

` 1. For principal in the amount of $11,617.39, as found in the Award of Arbitrator Sara Adler;

2. For attorney's fees in the amount of $4,642.00;

3. For pre-judgment interest through January 31, 2015, in the amount of $1,143.90;

4. For costs in the amount of $785.57;

5. For post-judgment interest at the rate of 10% per annum; and,

6. For such further relief as the Court deems appropriate.

The clerk of the court is directed to enter judgment accordingly.

Dated: February 12, 2015.

Andrew P. Gordon
United States District Judge